UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18CR00190 CDP |
| JASON ARNOLD, | ) ) ) |
| Defendant. | ) ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, Defendant Jason Arnold has pled guilty to Counts I, II, and III of the Information, charging the offenses of Bank Fraud and Money Laundering, in violation of Title 18, United States Code, Sections 1344 and 1957;

WHEREAS, the Information also alleged the forfeiture of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of as a result of the offense alleged in Count I, pursuant to Title 18, United States Code, Section 982(a)(2); and also any property, real or personal, involved in the offenses alleged in Counts II and III, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1);

WHEREAS, in the written Guilty Plea Agreement, Defendant agreed to the forfeiture of the above property, certain specific assets as more particularly described below (the "Subject Property"), and the entry of a forfeiture money judgment in the amount of $4,512,581.06;

WHEREAS, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including Defendant's Guilty Plea Agreement, that the above described property is subject to forfeiture, and that the United

States has established the requisite nexus between the Subject Property and Defendant's offenses, and that a forfeiture money judgment against Defendant is appropriate, as set forth below;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property is hereby forfeited to the United States: any proceeds obtained, directly or indirectly, as a result of as a result of the offense alleged in Count I, pursuant to Title 18, United States Code, Section 982(a)(2); and any property, real or personal, involved in the offense alleged in Counts II and III, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

2. That the following Subject Property is declared forfeited:

   a. All funds, credits and monetary instruments in or associated with UMB Account ending in 4241;

   b. All funds, credits and monetary instruments in or associated with Vanguard Brokerage Account ending in 0085;

   c. All funds, credits and monetary instruments in or associated with Vanguard Brokerage Account ending in 5497; and

   d. Approximately $16,500.00 in U.S. currency seized from Vanguard Roth IRA Account ending in 5889.

3. A forfeiture money judgment in the amount of $4,512,581.06 is entered against the Defendant, and the Defendant is ordered to pay that amount.

4. That the aforementioned forfeited property is to be held by the United States, as indicated, in its secure custody and control.

5. That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of

Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

6.      That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and Defendant's consent, this Order is now final as to Defendant, and shall be made part of the sentence and included in the judgment.

7.      That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

8.      That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2018.

_____
HONORABLE CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE